ERIC GRANT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

**May 26, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>GLORIA STONE,<br><br>                Defendant. | CASE NO.   2:26-cr-0086 DJC<br><br>18 U.S.C. § 641 – Receipt of Stolen Government Funds; and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 641– Receipt of Stolen Government Funds]

The United States Attorney charges: T H A T

GLORIA STONE,

defendant herein, on or about January 1, 2007, and continuing through on or about September 1, 2021, in the State and Eastern District of California, did knowingly receive, conceal, and retain money in excess of $1,000 belonging to the Social Security Administration ("SSA"), a department and agency of the United States, namely, approximately $156,243.44 in Title XVI Supplemental Security Income benefits, knowing that the money had been stolen from the SSA, with the intent to convert the money to her own use and gain, all in violation of Title 18, United States Code, Sections 2 and 641.

///

///

INFORMATION

1

FORFEITURE ALLEGATION:  [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.    Upon conviction of the offense alleged in this Information, defendant GLORIA STONE shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violation, including but not limited to the following:

a.    Real property located at 9858 Vito Court, Stockton, California, San Joaquin County, APN: 124-060-400-000, and

b.    A sum of money equal to the amount of proceeds traceable to such offense, for which defendant is convicted.

2.    If any property subject to forfeiture as a result of the offense alleged in this Information, for which defendant is convicted:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

Dated:

ERIC GRANT
United States Attorney

By:  _Nicole Moody_____

NICOLE MOODY
Special Assistant United States Attorney

INFORMATION

2

**United States v. Gloria Stone**
**Penalties for Information**

**COUNT 1:**

VIOLATION:           18 U.S.C § 641 – Receipt of Stolen Government Money

PENALTIES:           Not more than 10 years in prison;
                     Fine of up to $250,000; or both fine and imprisonment
                     Supervised release of no more than 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:           18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES:           As stated in the charging document