# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| *Subject:* | **USA v. Gloria Stone 2:26-CR-00086-DJC** | *Date:* | **May 27, 2026** |
|---|---|---|---|
| *To:* | **Hon. Allison Claire c/o Courtroom Deputy J. Anderson** | *From:* | **Kimberly Sokolich U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700** |

The parties request that the Court set the above-referenced matter on the Court's 2:00 p.m. calendar on June 8, 2026, for arraignment on the Information filed on May 26, 2026. ECF No. 1. The defendant, Gloria Stone, is not in custody.