HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GLORIA STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GLORIA STONE,

Defendant.

Case No. 2:26-CR-00086-DJC

**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**

DATE: October 8, 2026
TIME: 9:00 a.m.
COURT: Hon. Daniel J. Calabretta

**STIPULATION**

Defendant, GLORIA STONE, by and through her counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on October 8, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until November 12, 2026 at 9:00 a.m. As this is a sentencing hearing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | November 12, 2026 |
| Reply/Statement of Non-Opposition: | November 5, 2026 |
| Formal Objections: | October 29, 2026 |
| Final PSR: | October 22, 2026 |
| Informal Objections: | October 15, 2026 |
| Draft PSR: | October 1, 2026 |

4. The parties agree and stipulate, and request that the Court find the following:

a) The instant matter was filed on May 26, 2026. Ms. Stone was arraigned on June 8, 2026 and pleaded guilty on June 25, 2026.

b) Given the very quick turnaround time of this case, defense counsel is still in the middle of her defense investigation as it relates to sentencing under 18 U.S.C. § 3553(a). In addition, defense has been unable to complete an interview with probation in connection with the presentence investigation report, because of the active sentencing investigation and defense counsel's schedule.

c) This is the first requested continuance as to sentencing in this matter.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

////

e) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 24, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
GLORIA STONE

Dated: August 24, 2026

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 24th day of August, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE