HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GLORIA STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GLORIA STONE,

Defendant.

Case No. 2:26-CR-00086-DJC

**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**

DATE: November 12, 2026
TIME: 9:00 a.m.
COURT: Hon. Daniel J. Calabretta

**STIPULATION**

Defendant, GLORIA STONE, by and through her counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on November 12, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until December 17, 2026 at 9:00 a.m. As this is a sentencing hearing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | December 17, 2026 |
| Reply/Statement of Non-Opposition: | December 10, 2026 |
| Formal Objections: | December 3, 2026 |
| Final PSR: | November 27, 2026 |
| Informal Objections: | November 19, 2026 |
| Draft PSR: | November 5, 2026 |

4. The parties agree and stipulate, and request that the Court find the following:

a) The instant matter was filed on May 26, 2026. Ms. Stone was arraigned on June 8, 2026 and pleaded guilty on June 25, 2026.

b) Defense counsel has completed the interview with probation for the PSR, however is still awaiting records and information relevant to sentencing under 18 U.S.C. § 3553(a). Specifically, she is awaiting various medical records documenting several serious, chronic medical conditions and requests additional time to receive and review those records.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

////

////

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 24, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
GLORIA STONE

Dated: September 24, 2026

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 24th day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE